CASE OF SILAS FOWLER, MEMBER FROM SOUTHWICK.

The seditious conduct of a member is not sufficient ground for his expulsion.

It being represented, that Silas Fowler, the member from Southwick, had been instrumental in raising the late disturbances in the county of Hampshire, a committee was appointed to inquire into his character and conduct.[2]

The committee reported, that, the general character of Mr. Fowler was that of being a principal agent in exciting and promoting the disturbances which had lately taken place in the county of Hampshire, and, that he had said, " that he would spend his life and fortune but law should be suspended in the county of Hampshire, till they had a redress of grievances."[3]

The report was considered upon two successive days, and after long debate the question was put, " whether the said Fowler should retain his seat as a representative?" which passed in the affirmative, ninety members to fifty-five.[4]

[1] 4 J. H. 20.      [2] Same, 37, 38      [3] Same, 41.      [4] Same, 47.